UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NICHOLAS JOHN BENOIT                       CIVIL ACTION

VERSUS                       NO. 21-1887

STATE OF LOUISIANA, ET AL.                       SECTION: "I"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Nicholas John Benoit, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 29th day of November, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE